

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Dara Chevlin Tarkowski

Firm   Actuate Law LLC

Street Address   901 W. Jackson; Suite 204

City/State/Zip Code   Chicago, IL 60607

Phone Number   312-579-3108

Email address   dara.tarkowski@actuatelaw.com

ARDC (Illinois State Bar members, only)   6292547

If you have previously filed an appearance with this court using a different name, enter that name.
Akerman, LLP

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 15-cv-11111 | Aguirre v. ARC | Judge Pallmeyer |
|  |  |  |
| 17-cv-08512 | Larroza v. Resurgence Capital, | Judge Kocoras |
| 17-cv-02391 | Rodriquez v. ARC | Judge Lefkow |
| 17-cv-05119 | Zuniga v. ARS, et al. | Judge Chang |
| 17-cv-06174 | Wood v. TBI | Judge Sharon Johnson Colema |

s:/Dara Chevlin Tarkowski                            1/25/2018
_____        _____
Signature of Attorney                                 Date

Rev. 01272016